**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL JERINIC, individually, and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 1:20-cv-06485 |
| AMAZON.COM, INC. and AMAZON.COM LLC, | Hon. Mary M. Rowland |
| Defendants. | |

**DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM LLC'S
MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Amazon.com, Inc. and Amazon.com Services LLC f/k/a Amazon.com LLC (collectively "Amazon") respectfully move this Court for an order dismissing Count III of Plaintiff's Complaint (ECF No. 1-1). In support of its Motion, Amazon states as follows:

1.      Plaintiff has failed to allege a plausible claim for relief under Section 15(d) of Illinois' Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.*, requiring Count III of Plaintiff's Complaint to be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

2.      In further support of its motion, Amazon incorporates its Memorandum of Law filed contemporaneously herewith.

**WHEREFORE**, Amazon respectfully requests that the Court grant its motion and enter an order dismissing Count III of Plaintiff's Class Action Complaint with prejudice and granting such other relief as the Court deems appropriate.

DATED: December 7, 2020                Respectfully submitted,

**AMAZON.COM INC. AND AMAZON.COM SERVICES LLC F/K/A AMAZON.COM LLC**

/s/ Elizabeth B. Herrington
_____
Elizabeth B. Herrington
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601
T: (312) 324-1445
F: (312) 324-1001
beth.herrington@morganlewis.com

Raechel K. Kummer (pro hac vice pending)
Clara Kollm
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
T: (202) 739-3000
F: (202) 739-3001
raechel.kummer@morganlewis.com
clara.kollm@morganlewis.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of December, 2020, I caused a copy of the foregoing

to be filed through the Court's CM/ECF system, and served the below Counsel of Record via First

Class U.S. Mail:

Catherine T. Mitchell, Esq.
Ryan F. Stephan, Esq.
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
Telephone: (312) 233-1550
Fax: (312) 233-1560
cmitchell@stephanzouras.com
rstephan@stephanzouras.com
Counsel for Plaintiff and the Putative Class

/s/ Elizabeth B. Herrington
Elizabeth B. Herrington