IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JERINIC, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1-20-cv-06485<br>) |
| v. | )<br>) Hon. Mary M. Rowland |
| AMAZON.COM, INC. and AMAZON.COM LLC, | )<br>)<br>) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
TO SUBSTITUTE NAMED PLAINTIFF**

NOW COMES, Named Plaintiff, Michael Jerinic ("Jerinic"), by and through his undersigned counsel, and for his Motion for Leave to File a First Amended Complaint to Substitute Named Plaintiff, states as follows:

1. Plaintiff Jerinic filed the original class action complaint on September 28, 2020, in the Circuit Court of Cook County, Illinois, alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq*. In particular, Plaintiff alleges that Defendants have unlawfully collected, stored, used, and disseminated his and other workers' biometric identifiers and biometric information in violation of BIPA.

2. This action was subsequently removed by Defendants on October 30, 2020. (Dkt. 1).

3. On December 7, 2020, Defendants filed a Motion to Dismiss Plaintiff's claim for violations of BIPA's Section 15(d). (Dkt. 19, 20). Defendants' motion is fully briefed.

4. On or around March 11, 2021, Plaintiff Jerinic informed Plaintiff's counsel that, due to personal reasons, he intends to withdraw as the Named Plaintiff.

1

5. Therefore, Plaintiff seeks leave to file a First Amended Complaint for the sole purpose of substituting William Naughton as the new Named Plaintiff. A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit A.

6. A decision whether to grant a motion for leave to amend a complaint is within the sound discretion of the Court. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires." "In the absence of any apparent or declared reason – such as undue delay, . . . undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'" *Opp v. Devine*, 621 F. Supp. 2d 635, 642 (N.D. Ill. 2009) (internal citations omitted).

7. Plaintiff's motion is timely and will not cause Defendants any undue prejudice. The Parties only recently commenced discovery, per this Court's January 11, 2021 Order. (Dkt. 25). On February 15, 2021, Plaintiff Jerinic issued his first set of written discovery requests to Defendants, and Plaintiff agreed to extend Defendants' discovery response deadline by 30 days. And on March 8, 2021, Defendants issued written discovery requests to Plaintiff Jerinic. Accordingly, the Parties will have ample opportunity to amend their discovery requests to be conducted on the First Amended Complaint.

WHEREFORE, Plaintiff Jerinic respectfully requests that this Honorable Court grant him leave to file a First Amended Complaint for the sole purpose of substituting William Naughton as Named Plaintiff, attached hereto as Exhibit A.

Dated: March 16, 2021                  Respectfully Submitted,

                                          */s/ Catherine T. Mitchell*

                                          Ryan F. Stephan
                                          Catherine T. Mitchell

**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
(312) 233-1550
(312) 233-1560 *f*
rstephan@stephanzouras.com
cmitchell@stephanzouras.com

*Attorneys for Plaintiff and the Putative Class Members*

## **CERTIFICATE OF SERVICE**

    I, the attorney, hereby certify that on March 16, 2021, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                               */s/ Catherine T. Mitchell*