IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM NAUGHTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM LLC,<br><br>Defendants. | No. 1:20-cv-06485<br><br>Honorable Mary M. Rowland |

## AMAZON'S RULE 12(b)(6) MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Amazon.com, Inc. and Amazon.com Services LLC (formerly known as "Amazon.com LLC") (collectively, "Amazon") move to dismiss plaintiff William Naughton's First Amended Complaint. In support of its motion, Amazon incorporates its accompanying memorandum of law.

Respectfully submitted,

By: */s/ Kathleen A. Stetsko*
Kathleen A. Stetsko
One of the Attorneys for
Amazon.com, Inc. and Amazon.com LLC

**PERKINS COIE LLP**
Susan D. Fahringer
SFahringer@perkinscoie.com
Ryan Spear
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

                                        Debra R. Bernard
                                        DBernard@perkinscoie.com
                                        Kathleen A. Stetsko
                                        KStetsko@perkinscoie.com
                                        131 South Dearborn Street, Suite 1700
                                        Chicago, Illinois 60603-5559
                                        Telephone: 312.324.8400
                                        Facsimile: 312.324.9400