IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM NAUGHTON, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                    v.<br><br>AMAZON.COM, INC. and AMAZON.COM LLC,<br><br>                    Defendants. | Case No. 1:20-cv-06485<br><br>Hon. Mary M. Rowland |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Elizabeth B. Herrington, Raechel K. Kummer, and Clara Kollm of the firm Morgan, Lewis & Bockius LLP hereby move to withdraw as counsel for Defendants Amazon.com, Inc. and Amazon.com, LLC.

Defendants have obtained new counsel and are currently represented by Ryan Spear, Susan Donnelly Fahringer, Debra Rae Bernard, and Kathleen A. Stetsko of the firm Perkins Coie LLP.

**WHEREFORE**, undersigned counsel respectfully request that the Court grant their motion to withdraw as counsel for Defendants Amazon.com, Inc. and Amazon.com, LLC.

1

DATED: May 10, 2021                     Respectfully submitted,

/s/ Elizabeth B. Herrington
Elizabeth B. Herrington
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601
T: (312) 324-1445
F: (312) 324-1001
beth.herrington@morganlewis.com

Raechel K. Kummer (admitted pro hac vice)
Clara Kollm
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
T: (202) 739-3000
F: (202) 739-3001
raechel.kummer@morganlewis.com
clara.kollm@morganlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system.

/s/ Elizabeth B. Herrington
Elizabeth B. Herrington