IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA REDD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM LLC,<br><br>Defendants. | No. 1:20-cv-06485<br><br>Honorable Nancy L. Maldonado |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

      Defendants Amazon.com, Inc. and Amazon.com Services LLC, f/k/a Amazon.com LLC (collectively, "Amazon") file this Notice of Supplemental Authority to bring to the Court's attention the December 1, 2023 opinion issued by Judge Rowland in *Clark v. Aveda Corporation*, No. 21-cv-04185 (N.D. Ill.). A copy of the opinion is attached hereto as Exhibit A. The opinion provides further support for Amazon's Motion for Summary Judgment (ECF No. 84).

164802178.1

| | |
|---|---|
| DATED:  December 21, 2023 | AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC F/K/A AMAZON.COM, LLC |
| | By:  */s/ Erin Earl*<br>          Erin Earl |

**PERKINS COIE LLP**
Susan D. Fahringer
SFahringer@perkinscoie.com
Ryan Spear
RSpear@perkinscoie.com
Erin K. Earl
EEarl@perkisncoie.com
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Debra R. Bernard, Bar No. 6191217
DBernard@perkinscoie.com
Kathleen A. Stetsko, Bar No. 6297704
KStetsko@perkinscoie.com
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: 312.324.8400
Facsimile: 312.324.9400

164802178.1