# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Cynthia Redd,

Plaintiff(s),

v.

Amazon, Inc. et al.,

Defendant(s).

Case No. 20 C 6485
Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants and against Plaintiff on all individual claims asserted by named Plaintiff Cynthia Redd. *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
X decided by Judge Harjani on Defendants' motion for summary judgment [84].

Date: 6/4/2024                    Thomas G. Bruton, Clerk of Court

                                  Lynette Santiago, Deputy Clerk